David E. Leta (USB #1937)
Andrew V. Hardenbrook (Arizona Bar # 025518)
*Pro hac vice application pending*
**SNELL & WILMER L.L.P.**
15 W. South Temple, Suite 1200
Salt Lake City, UT 84101
Telephone: (801) 257-1900
Facsimile:  (801) 257-1800
Email: dleta@swlaw.com

*Proposed Counsel for Camp Bird Colorado, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re **FEDERAL RESOURCES CORPORATION**<br><br>Debtor. | Bankruptcy Case No. 14-33427<br><br>(Chapter 11)<br><br>Judge Joel T. Marker |

**JOINDER IN MOTION TO TRANSFER CASE AND FOR JOINT ADMINISTRATION OF CASES**

Camp Bird Colorado, Inc. ("Camp Bird") hereby joins in the Motion to Transfer Case and for Joint Administration of Cases filed by Debtor Federal Resources Corporation.  For the reasons stated therein, Camp Bird respectfully requests that the Court enter an order transferring its pending Chapter 11 case captioned *In re Camp Bird Colorado, Inc.,* Case No. 14-33428 to

this bankruptcy proceeding (the "Federal Bankruptcy Case") to be jointly administered (for procedural purposes only) with the Federal Bankruptcy Case under Case No. 14-33427.

DATED: December 30, 2014.

**SNELL & WILMER L.L.P.**

/s/     David E. Leta
David E. Leta (USB # 1937)

*Proposed Counsel for Debtor Camp Bird Colorado, Inc.*

## CERTIFICATE OF SERVICE

**Electronic Service (CM/ECF):** I hereby certify that on December 30, 2014, I electronically filed the foregoing **NOTICE OF DEBTOR'S MOTION TO TRANSFER CASE AND FOR JOINT ADMINISTRATION OF CASES and NOTICE OF HEARING** with the United States Bankruptcy Court for the District of Utah using the Court's CM/ECF System. I further certify that the parties of record in this case, as identified below, are listed as registered CM/ECF users and will be served through the CM/ECF system:

- David E. Leta dleta@swlaw.com, wsmart@swlaw.com;btaylor@swlaw.com
- United States Trustee USTPRegion19.SK.ECF@usdoj.gov


      /s/    David E. Leta