**The below described is SIGNED.**

**Dated: January 27, 2015**

*/s/ JT Marker*

**JOEL T. MARKER**
**U.S. Bankruptcy Judge**



---

David E. Leta (USB #1937)
Andrew V. Hardenbrook (Arizona Bar # 025518)
*Pro hac vice application pending*
**SNELL & WILMER L.L.P.**
15 W. South Temple, Suite 1200
Salt Lake City, UT 84101
Telephone: (801) 257-1900
Facsimile:  (801) 257-1800
Email: dleta@swlaw.com

*Proposed Counsel for Federal Resources Corporation*

---

### IN THE UNITED STATES BANKRUPTCY COURT

### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re **FEDERAL RESOURCES CORPORATION**, <br><br> Debtor. | Bankruptcy Case No. 14-33427 <br><br> (Chapter 11) <br><br> Judge Joel T. Marker |

### ORDER GRANTING MOTION FOR JOINT ADMINISTRATION OF CASES

Upon consideration of that certain "Motion to Transfer Case and for Joint Administration of Cases" ("Motion") filed by Federal Resources Corporation ("Debtor") in which Debtor seeks entry of an order transferring that certain case captioned *In re Camp Bird Colorado, Inc.,* Case No. 14-33428 ("Camp Bird Bankruptcy Case) to this case ("Federal Bankruptcy Case") and jointly administering (for procedural purposes

19812295

only) these cases under Case No. 14-33427, and good cause appearing therefor, the Court:

FINDS and CONCLUDES that:

A. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334;

B. Due and proper notice of the Motion has been given; no other or further notice need be provided; and

C. Good causes exist to grant the Motion.

Accordingly, it is hereby

**ORDERED that:**

1. The Motion is GRANTED;

2. The Federal Bankruptcy Case and Camp Bird Bankruptcy Case will be administratively consolidated, for procedural purposes only, under Case No. 14-33427;

3. One docket will be maintained for the jointly administered Federal Bankruptcy Case and Camp Bird Bankruptcy Case under Case No. 14-33427;

4. All pleadings and motions are to be filed in Case No. 14-33427;

5. All proofs of claim shall be filed in the case in which such claims are asserted, and the Clerk will maintain separate registers of such claims;

6. Documents filed in the jointly administered Federal Bankruptcy Case and Camp Bird Bankruptcy Case shall conform to the case caption set forth in the attached **Exhibit 1**, which is authorized for use in these jointly administered cases; and

7. This Order shall take effect immediately.

END OF ORDER

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing **ORDER GRANTING MOTION FOR JOINT ADMINISTRATION OF CASES** shall be served to the parties and in the manner designated below:

**Electronic Service (CM/ECF):** I certify that the parties of record in this case, as identified below, are listed as registered CM/ECF users and will be served through the CM/ECF system:

- David E. Leta dleta@swlaw.com, wsmart@swlaw.com;btaylor@swlaw.com
- United States Trustee USTPRegion19.SK.ECF@usdoj.gov

/s/ _____

# EXHIBIT 1

**IN THE UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re **FEDERAL RESOURCES CORPORATION** and **CAMP BIRD COLORADO, INC.**, <br><br> Debtors. | Jointly Administered under Bankruptcy Case No. 14-33427 <br><br> (Chapter 11) <br> Judge Joel T. Marker <br><br> **THIS DOCUMENT RELATES TO:** <br><br> ☐    In re Federal Resources Corporation <br> ☐    In re Camp Bird Colorado, Inc. <br> ☐    Both Debtors |