David E. Leta (USB #1937)
Andrew V. Hardenbrook (Arizona Bar # 025518)
*Admitted pro hac vice*
**SNELL & WILMER L.L.P.**
15 W. South Temple, Suite 1200
Salt Lake City, UT 84101
Telephone: (801) 257-1900
Facsimile:  (801) 257-1800
Email: dleta@swlaw.com
       ahardenbrook@swlaw.com
*Counsel for Federal Resources Corporation*

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re **FEDERAL RESOURCES CORPORATION** and **CAMP BIRD COLORADO, INC.**,<br><br>Debtors. | Jointly Administered under<br>Bankruptcy Case No. 14-33427<br>(Chapter 11)<br>Judge Joel T. Marker<br><br>**THIS DOCUMENT RELATES TO:**<br><br>■ In re Federal Resources Corporation<br>☐ In re Camp Bird Colorado, Inc.<br>☐ Both Debtors |

**DECLARATION THAT FEDERAL RESOURCES CORPORATION DOES NOT OWN SINGLE ASSET REAL ESTATE**

Pursuant this this Court's Order dated January 15, 2015, Debtor, Federal Resources Corporation ("**Federal**"), as debtor and debtor-in-possession, hereby declares as follows:

Federal does not have legal or equitable interest in "single asset real estate," as defined under 11 U.S.C. § 101(51B). Federal owns two assets: (1) 100% of the stock of Camp Bird, a Colorado corporation, and (2) 100% interest in a Madawaska Mines

Limited, a Canadian corporation doing business in Ontario Canada. Federal does not own any real estate.

DATED: January 30, 2015.              **FEDERAL RESOURCES CORPORATION**

/s/ Scott A Butters
_____
Scott A. Butters
President

# CERTIFICATE OF SERVICE

**Electronic Service (CM/ECF):** I hereby certify that on January 30, 2015, I electronically filed the foregoing document with the United States Bankruptcy Court for the District of Utah using the Court's CM/ECF System. I further certify that the parties of record in this case, as identified below, are listed as registered CM/ECF users and will be served through the CM/ECF system:

- James Vincent Cameron tr Vince.Cameron@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov
- David Dain David.Dain@usdoj.gov, katherine.tribbett@usdoj.gov
- Andrew V. Hardenbrook ahardenbrook@swlaw.com, jpollard@swlaw.com;docket_slc@swlaw.com
- Peter J. Kuhn tr Peter.J.Kuhn@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov
- David E. Leta dleta@swlaw.com, wkalawaia@swlaw.com
- John B. Lyman john.lyman@usdoj.gov, Katherine.Tribbett@usdoj.gov
- John M Macfarlane jmacfarlane@fabianlaw.com, aclark@fabianlaw.com
- Douglas J. Payne dpayne@fabianlaw.com, smcnett@fabianlaw.com
- Daniel D. Price daniel.price2@usdoj.gov, emily.goodman@usdoj.gov
- United States Trustee USTPRegion19.SK.ECF@usdoj.gov

**Mail Service** – I further certify that on January 30, 2015, I caused the foregoing document to be sent by first class United States mail, postage fully prepaid, to the following at the addresses set forth below:

Christopher D. Bryan
Garfield & Hecht, P.C.
601 East Hyman Avenue
Aspen, CO 81611


    /s/    *Andrew Hardenbrook*

20912199