**The below described is SIGNED.**



**Dated: March 16, 2015**

**JOEL T. MARKER**
**U.S. Bankruptcy Judge**

*msc*

David E. Leta (USB #1937)
Andrew V. Hardenbrook (USB #15371)
15 W. South Temple, Suite 1200
Salt Lake City, UT 84101
Telephone: (801) 257-1900
Facsimile:  (801) 257-1800
Email:  dleta@swlaw.com
        ahardenbrook@swlaw.com
*Counsel for Federal Resources Corporation*

### IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re **FEDERAL RESOURCES CORPORATION** and **CAMP BIRD COLORADO, INC.**,<br><br>Debtors. | Jointly Administered under<br>Bankruptcy Case No. 14-33427<br>(Chapter 11)<br>Judge Joel T. Marker<br><br>**THIS DOCUMENT RELATES TO:**<br>■  In re Federal Resources Corporation<br>☐  In re Camp Bird Colorado, Inc.<br>☐  Both Debtors |

**AMENDED ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF MURPHY, ARMSTRONG & FELTON, LLP AS SPECIAL COUNSEL FOR THE DEBTOR UNDER 11 U.S.C. § 327(e)**

Upon consideration of the "Application for Order Authorizing the Employment and Retention of Murphy, Armstrong & Felton, LLP as Special Counsel for the Debtor under 11 U.S.C. § 327(e)" (the "Application") filed by Federal Resources Corporation ("Debtor"), debtor and debtor-in-possession, the "Declaration of James P. Murphy in Support of Application for Order Authorizing the Employment and Retention of Murphy, Armstrong & Felton, LLP as

20807680

Special Counsel for the Debtor under 11 U.S.C. § 327(e)" (the "Supporting Declaration"), and good cause appearing therefor, the Court:

FINDS and CONCLUDES that:

A. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157(b)(2);

B. The relief requested by the Debtor in the Application is in the best interest of the Debtor, its estate, creditors, and other parties in interest;

C. MAF does not hold or represent any entity having an adverse interest to the Debtor or to the estate with respect to the matter on which MAF is to be employed;

D. MAF's employment is necessary, the terms of such employment are reasonable, and such employment is in the best interests of the Debtor and the estate of the Debtor; and

E. Due and proper notice of the Application and Supporting Declaration has been given; no further or additional notice need be provided.

Accordingly, it is hereby

**ORDERED** that:

1. The employment and retention of MAF as special counsel under § 327(e) to represent the Debtor in the following limited matters is approved, effective as of January 22, 2015:

   a. To represent the Debtor in connection with the appeal of any final, enforceable judgment that might be entered that certain case captioned *United States of America v. Federal Resources Corporation*, et al., pending in the United States District Court for the District of Idaho, case no. 2:11-cv-00127-RCT ("Idaho Lawsuit"); and

   b. To perform such other services as this Court may approve upon further application.

2. MAF's fees and costs for services as special counsel shall be paid by the Debtor's insurance carrier, Great American, and, therefore, MAF does not have any obligation to seek approval of its fees and costs paid in connection with MAF's representation of the Debtor as its special counsel, so long as Great American does not seek reimbursement for such fees and costs from the Debtor's bankruptcy estate;

3. To the extent that Great American or any other entity seeks reimbursement from the Estate of any fees and/or costs associated with any representation of the Debtor by MAF such allowance will be subject to 11 U.S.C. § 330 as it applies to MAF and other applicable bankruptcy statutory provisions;

4. MAF shall not seek reimbursement from this bankruptcy estate of any fees and/or costs associated with any representation of the Debtor as its special counsel; and

5. Nothing contained in this Order shall preclude the Debtor, upon further application, from expanding or contracting the scope of services to be provided by MAF.

END OF ORDER

**DESIGNATION OF PARTIES TO BE SERVED**

Service of the foregoing **AMENDED ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF MURPHY, ARMSTRONG & FELTON, LLP AS SPECIAL COUNSEL FOR THE DEBTOR UNDER 11 U.S.C. § 327(e)** shall be served to the parties and in the manner designated below:

- Christopher D. Bryan cbryan@garfieldhecht.com, rortell@garfieldhecht.com
- James Vincent Cameron tr Vince.Cameron@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov
- David Dain David.Dain@usdoj.gov, katherine.tribbett@usdoj.gov
- Andrew V. Hardenbrook ahardenbrook@swlaw.com, jpollard@swlaw.com;docket_slc@swlaw.com
- Peter J. Kuhn tr Peter.J.Kuhn@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov
- David E. Leta dleta@swlaw.com, wkalawaia@swlaw.com
- John B. Lyman john.lyman@usdoj.gov, Katherine.Tribbett@usdoj.gov
- John M Macfarlane jmacfarlane@fabianlaw.com, aclark@fabianlaw.com
- Douglas J. Payne dpayne@fabianlaw.com, hmcewen@fabianlaw.com;smcnett@fabianlaw.com
- Daniel D. Price daniel.price2@usdoj.gov, emily.goodman@usdoj.gov
- United States Trustee USTPRegion19.SK.ECF@usdoj.gov

**Mail Service** – Service of the foregoing document shall be sent by first class United States mail, postage fully prepaid, to the following at the addresses set forth below:

James P. Murphy
Murphy, Armstrong & Felton
701 Millennium Tower
719 Second Avenue
Seattle, WA  98104


　　　　　　　　　　　　　　　　　　　　　　　　　　/s/    *Andrew Hardenbrook*

20807680

4