Martin J. Brill (Calif. Bar No. 53220)
Krikor J. Meshefejian (Calif. Bar No. 255030)
**LEVENE, NEALE, BENDER, YOO & BRILL, L.L.P.**
10250 Constellation Blvd., Suite 1700
Los Angeles, California 90067
Telephone:     (310) 229-1234
Facsimile:     (310) 229-1244
mjb@lnbyb.com
*Counsel for Creditors Caldera Mineral Resources, LLC and Caldera Holdings, LLC*
*Pro Hac Vice Application Approved*

Christopher Grivakes (Calif. Bar No. 127994)
**AFFELD GRIVAKES ZUCKER LLP**
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone:     (310) 979-8700
Facsimile:     (310) 979-8701
*Counsel for Creditors Caldera Mineral Resources, LLC and Caldera Holdings, LLC*
*Pro Hac Vice Application Approved*

M. Darin Hammond – Bar No. 6741
**SMITH KNOWLES, P.C.**
2225 Washington Blvd., Suite 200
Ogden, UT  84401
Telephone:     (801) 476-0303
Facsimile:     (801) 476-0399
dhammond@smithknowles.com
*Local Counsel for Creditors Caldera Mineral Resources, LLC and Caldera Holdings, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re **FEDERAL RESOURCES CORPORATION** and **CAMP BIRD COLORADO, INC.**<br><br>Debtors. | Jointly administered under<br>Bankruptcy Case No. 14-33427<br>(Chapter 11)<br>Judge Kevin R. Anderson<br><br>**THIS DOCUMENT RELATES TO:**<br><br>**X**  Both Debtors |

**CALDERA'S LIST OF EXHIBITS RE: SECOND AND FINAL FEE APPLICATION OF
SNELL & WILMER L.L.P. FOR COMPENSATION AND REIMBURSEMENT OF**

1

**EXPENSES AS COUNSEL FOR FEDERAL RESOURCES CORPORATION AND CAMP BIRD COLORADO, INC., PURSUANT TO 11 U.S.C. §§ 330 AND 331 FOR THE PERIOD FROM JUNE 1, 2015 THROUGH AND INCLUDING MARCH 23, 2016, AND FOR FINAL ALLOWANCE OF PREVIOUS INTERIM AWARDS**

Caldera Mineral Resources, LLC and Caldera Holdings, LLC hereby submit their list of exhibits in connection with the hearing on Snell & Wilmer's Fee Application:

| Document | Description | S&W's Position | Caldera's position |
| --- | --- | --- | --- |
| Caldera Ex. A | Contract between Alliance Capital Corp. and Bentley Blum | Objection – (Relevance – neither debtor is a party) | The relevance is that Alliance and Goldberg had an arm's length contractual relationship with Blum and the debtor. S & W's preparation of an agreement for Alliance/Goldberg's and Mr. Ciardo's benefit presents an actual conflict of interest |
| Caldera Ex. B | 9/24/15 Email from Gary Mason to David Leta, with a cc to Ronald Goldberg | Objection – (Incomplete and taken out of context; misleading in the form presented) – Caldera Exhibits B – D are broken out emails from one thread, all of which can be found as S&W's Ex. I, which exhibit includes additional correspondence omitted by Caldera | This is not a proper objection; the emails can be viewed individually; the Court may also review the entire string submitted by S & W |
| Caldera Ex. C | 9/24/15 Email from David Leta to Gary Mason, with a cc to Ronald Goldberg | Objection – (Incomplete and taken out of context; misleading in the form presented) Caldera Exhibits B – D are broken out emails from one thread, all of which can be found as S&W's Ex. I, which exhibit includes additional correspondence omitted by Caldera | This is not a proper objection; the emails can be viewed individually; the Court may also review the entire string submitted by S & W |
| Caldera Ex. D | 9/24/15 Email from David Leta to Ronald Goldberg | Objection – (Incomplete and taken out of context; | This is not a proper objection; the emails can be |

|  |  | misleading in the form presented) Caldera Exhibits B – D are broken out emails from one thread, all of which can be found as S&W's Ex. I, which exhibit includes additional correspondence omitted by Caldera | viewed individually; the Court may also review the entire string submitted by S & W |
| --- | --- | --- | --- |
| Caldera Ex. E | 9/29/15 Email from David Leta to Ronald Goldberg | Stipulated |  |
| Caldera Ex. F | 11/5/14 Email thread between David Leta and Ronald Goldberg (with a Conditional Release Agreement attached) | Stipulated – thread is identical to S&W's Ex. L |  |
| Caldera Ex. G | Informal transcript of the recordings of the 341 hearing, tracks 7 and 9 | Objection – Authenticity (*Was this transcript provided by the UST or was this informally transcribed based on a recording?*); Must provide official transcript | Caldera will provide the Court and parties with a disk of the 341 hearing (since it was not, and cannot, be uploaded to Pacer) |
| Caldera Ex. H | December 28, 2014 Lease and Option to Purchase Agreement | Stipulated |  |
| Caldera Ex. I | March 26, 2015 Amendment to December 28, 2014 Lease and Option to Purchase Agreement | This is an unexecuted document that was never signed. We will stipulate that is was one of the draft proposals submitted by the Debtors as part of a negotiation for an amendment and extension of the Ciardo lease dated December 28, 2014, but we also will object on relevance. | The Amendment which was executed by Camp Bird was submitted in connection with Caldera's motion for appointment of a trustee (See Dkt. No. 267, Ex G, pp. 126-128); Mr. Ciardo's signature on the Amendment was inadvertently omitted; Caldera will provide a copy |
| Caldera Ex. J | November 27, 2015 Lease and Option to Purchase Agreement | Stipulated |  |
| Caldera Ex. K | Pages 93-97 of the June 13, 2016 deposition of | Objection – (Incomplete – Entire transcript should | This is not a proper objection; the deposition |

3

|  | | | |
|---|---|---|---|
|  | Scott Butters (the "**Scott Butters Deposition**") | be introduced; see below) | excerpts are confined to a single subject and are full and complete in that subject matter; the Court may review the entire transcript attached to the EPA's submission should it desire |
| Caldera Ex. L | 10/28/15 email from Richard Ciardo to Bentley Blum and Scott Butters, attaching an October 20, 2015 letter from County of Ouray | Stipulated | |
| Caldera Ex. M | Transcript of Electronic Recording of the December 15, 2015 | Objection – Authenticity (Dkt. No. 282 includes same transcript with index; Should cite to Dkt. No. 282) | Caldera stipulates that the Court and parties should refer to Dkt. No. 282 |

DATED: October 18, 2016        **LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.**

By:    */s/ Martin J. Brill*
           Martin J. Brill
           Krikor J. Meshefejian
*Counsel for Creditors Caldera Mineral Resources, LLC and Caldera Holdings, LLC, Pro Hac Vice Application Approved*

                and

**AFFELD GRIVAKES ZUCKER LLP**

By:    */s/ Christopher Grivakes*
           Christopher Grivakes
*Counsel for Creditors Caldera Mineral Resources, LLC and Caldera Holdings, LLC, Pro Hac Vice Application Approved*

                and

M. Darin Hammond – Bar No. 6741
**SMITH KNOWLES, P.C.**
dhammond@smithknowles.com
*Local Counsel for Creditors Caldera Mineral Resources, LLC and Caldera Holdings, LLC*

4

## **CERTIFICATE OF SERVICE**

**Electronic Service (CM/ECF)** – I hereby certify that on the 18th day of October 2016, I electronically filed the foregoing document with the United States Bankruptcy Court for the District of Utah by using the Court's CM/ECF system. I further certify that the parties of record in this case, as identified below, are listed as registered CM/ECF users and will be served through the CM/ECF system:

- **Kirsten R Allen**   kallen@fabianvancott.com
- **Troy J. Aramburu**   taramburu@swlaw.com, nharward@swlaw.com;docket_slc@swlaw.com
- **Martin J. Brill**   mjb@lnbyb.com
- **Christopher D. Bryan**   cbryan@garfieldhecht.com, rortell@garfieldhecht.com
- **Steven W. Call**   scall@rqn.com, docket@rqn.com;lconterio@rqn.com
- **James Vincent Cameron tr**   Vince.Cameron@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov
- **Kenneth L. Cannon**   kcannon@djplaw.com, khughes@djplaw.com
- **David Dain**   David.Dain@usdoj.gov, katherine.tribbett@usdoj.gov
- **David L. Dain**
- **Duane H. Gillman**   dhgnotice@djplaw.com
- **Duane H. Gillman tr**   dhgnotice@djplaw.com, ut02@ecfcbis.com
- **Christopher Grivakes**   cg@agzlaw.com
- **M. Darin Hammond**   dhammond@smithknowles.com, astevenson@smithknowles.com
- **Andrew V. Hardenbrook**   ahardenbrook@swlaw.com, docket_slc@swlaw.com
- **Penrod W. Keith**   pkeith@djplaw.com, khughes@djplaw.com
- **Kristopher C. Kleiner**   kris.kleiner@nortonrosefulbright.com, cecil.kennedy@nortonrosefulbright.com
- **Peter J. Kuhn tr**   Peter.J.Kuhn@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov
- **David E. Leta**   dleta@swlaw.com, wkalawaia@swlaw.com;csmart@swlaw.com
- **John B. Lyman**   john.lyman@usdoj.gov, Katherine.Tribbett@usdoj.gov
- **John M. Macfarlane**   jmacfarlane@fabianvancott.com, aclark@fabianvancott.com
- **Krikor J. Meshefejian**   kjm@lnbyb.com
- **Douglas J. Payne**   dpayne@fabianvancott.com, mdewitt@fabianvancott.com
- **Daniel D. Price**   daniel.price2@usdoj.gov, emily.goodman@usdoj.gov
- **Jeff D. Tuttle**   jtuttle@swlaw.com, jpollard@swlaw.com;docket_slc@swlaw.com
- **United States Trustee**   USTPRegion19.SK.ECF@usdoj.gov

*/s/ Stephanie Reichert*
Stephanie Reichert